# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

MSK-MJW

Civil Action No. 06-cv-01915-~~EWN-BNB~~

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff

v.

PROFESSIONAL TRANSIT MANAGEMENT LTD, LLC d/b/a SPRINGS TRANSIT,

Defendant

---

## ORDER GRANTING MOTION FOR INTERVENTION AS PARTY PLAINTIFF
(Docket No. 11)

---

The Court, having reviewed the Plaintiff-Intervenor's Motion for Intervention as

Party Plaintiff, finds and orders as follows:

1) The granting of this Motion will not prejudice any party or cause any delay.

2) The Intervenor's Complaint ~~is hereby accepted by the Court~~ shall be refiled with the Court by January 8, 2007 so that it can be assigned a new Docket Number.

3) The Plaintiff-Intervenor shall serve the Defendant, who has not yet entered an

appearance, with a summons and the Complaint, as required by Rule 4 of Federal Rules

of Civil Procedure, no later than January 31, 20 07

Dated this 2nd day of ~~December 2006.~~ January 2007

_Michael J. Watanabe_
~~Judge~~
~~United State District Court~~
**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**