IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01915-MSK-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        Plaintiff,

and

ANDY MARTINEZ,

        Plaintiff-Intervenor,

v.

PROFESSIONAL TRANSIT MANAGEMENT LTD, LLC
d/b/a SPRINGS TRANSIT,

        Defendant.

## ORDER GRANTING MOTION TO STAY

THIS MATTER comes before the Court on the Defendant's Motion to Stay Case **(#15)**. In their responses **(#20, #22)**, the Plaintiff and the Plaintiff-Intervenor do not oppose a 60-day stay of the deadlines in this case while they engage in settlement negotiations. The Defendant concurs **(#24)** that a 60-day stay of the deadlines is appropriate. Based upon the agreement of the parties,

**IT IS ORDERED** that the Motion to Stay Case **(#15)** is **GRANTED**. All deadlines in

this case are stayed until April 2, 2007.

Dated this 29th day of January, 2007

**BY THE COURT:**

_Marcia S. Krieger_
Marcia S. Krieger
United States District Judge