IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01915-MSK-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s),

v.

PROFESSIONAL TRANSIT MANAGEMENT LTD., LLC., d/b/a SPRINGS TRANSIT,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Motion to Vacate Settlement Conference, DN 26, filed with the Court on March 1, 2007, is GRANTED. The Settlement Conference set on March 13, 2007, at 1:30 p.m., , is VACATED. Within five (5) days after the completion of outside mediation, the parties shall submit a written Status Report to inform the court of the outcome of their mediation session.

Date: March 5, 2007