IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01915-MSK-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

ANDY MARTINEZ,

    Plaintiff-Intervenor,

v.

PROFESSIONAL TRANSIT MANAGEMENT LTD, LLC
d/b/a SPRINGS TRANSIT,

    Defendant.

## ORDER APPROVING CONSENT DECREE

THIS MATTER comes before the Court on the parties' Joint Motion for Entry of Consent Decree **(#34)**.  Having reviewed the proposed Consent Decree, which was filed as an attachment to the motion, the Court

**FINDS** and **CONCLUDES** that:

This action arises under Title VII of the Civil Rights Act of 1964.  The Plaintiff, Equal Employment Opportunity Commission, and the Intervenor, Andy Martinez, claim that the Defendant, Professional Transit Management, subjected employees to a hostile work environment on the basis of color, race, and national origin.

All parties, through their legal representatives, have entered into a Consent Decree.  It

constitutes a binding settlement agreement between the parties. It resolves all claims which were, or could have been, asserted by the Plaintiff and the Intervenor against the Defendant. It benefits, but does not purport to bind, any non-parties.

The Consent Decree obligates the Defendant to: (1) post notice of the Consent Decree on its Human Resources Bulletin Board; (2) not discriminate against employees or applicants; (3) not retaliate against current or former employees for engaging in certain conduct; (4) designate an EEO Manager to oversee compliance with the Consent Decree; (5) provide EEO training to employees; (6) issue zero tolerance and other policies; and (7) pay $450,000 in class settlement funds to be distributed to the Intervenor and five other people; (8) maintain records showing compliance with the Consent Decree; and (9) provide reports to the Plaintiff showing such compliance. By its terms, the Consent Decree will remain in effect for 3 years after its effective date. The Consent Decree does not ask this Court to retain jurisdiction to enforce any aspect of the parties' agreement in this case. Rather, it specifies that if the Defendant violates its terms, then the parties will attempt informal resolution, following which the Plaintiff may commence a separate enforcement action in the United States District Court for the District of Colorado.

The terms of the Consent Decree are fair, reasonable, consistent with the purposes of Title VII, and not contrary to public policy. The Consent Decree fully resolves all claims and disputes in this litigation.

**IT IS THEREFORE ORDERED** that:

(1) The Court approves the Consent Decree.

(2) The Clerk of Court shall separately file the Consent Decree (found at #34-2) and

assign it a docket number.

(3)     The Clerk of Court is directed to close this case.

Dated this 22nd day of May, 2007

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge